In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-417 CR


____________________



AMINA KOLB, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court 


Montgomery County, Texas


Trial Cause No. 06-09-08976-CR 






MEMORANDUM OPINION


 The appellant, Amina Kolb, filed a motion to dismiss her appeal. See Tex. R. App.
P. 42.2. The appellant personally signed a request to withdraw her notice of appeal. Kolb's 
attorney of record filed the motion to dismiss before we issued our opinion on appeal. We
grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered May 28, 2008

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.